### ELZA v. COMMONWEALTH.

Court of Appeals of Kentucky.

June 23, 1954.

Cam Mullins, London, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

SIMS, Chief Justice.

Chester Elza has appealed from a judgment sentencing him to two years in the state reformatory for carrying concealed a deadly weapon. KRS 435.230.

It is established by the evidence that the weapon in question was being carried in

the glove compartment of defendant's automobile.

We held in Williams v. Commonwealth, Ky., 261 S.W.2d 807, that it is not a violation of KRS 435.230 to carry a weapon in the glove compartment of an automobile. That case is controlling here.

The judgment is reversed.